1  THOMAS P. O'BRIEN
   United States Attorney                                    "O"
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   MARCUS M. KERNER
4  California State Bar No. 107014
   Assistant United States Attorney
5       411 West Fourth Street, Suite 8000
        Santa Ana, CA 92701
6       Telephone: (714) 338-3532
        Facsimile: (714) 338-3523
7       E-mail  : marcus.kerner@usdoj.gov
   Attorneys for Defendant,
8  Michael J. Astrue, Commissioner of
   Social Security
9

10                 UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                       EASTERN DIVISION

13 DENNIS J. GATTEN,              )      No. ED CV 07-1667-AN
                                  )
14              Plaintiff,        )      ORDER OF REMAND
                                  )
15        v.                      )
                                  )
16 MICHAEL J. ASTRUE,             )
   COMMISSIONER OF SOCIAL         )
17 SECURITY,                      )
                                  )
18              Defendant.        )
   _____)
19

20      Upon the stipulation of the parties, and for cause shown,

21      IT IS ORDERED that the above-entitled action is remanded to the

22 Commissioner  of  Social  Security  for  further  administrative

23 proceedings, subject to the terms and conditions of the stipulation

24 of the parties filed concurrent with the lodging of the within Order.

25      Dated August 20, 2008.

26

27           /s/    ARTHUR NAKAZATO
             _____
             UNITED STATES MAGISTRATE JUDGE
28